USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 1/3/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIGI GIROTTO,

          Plaintiff,

v.

VISTA IMAGING GROUP, LLC *a New York limited liability company also known as* CRC DIGITAL INC *also known as* COLOR RESOURCE CENTER ART, INC *doing business as* COLOR RESOURCE CENTER and SCHUR REALTY COMPANY, L.L.C. *a New York limited liability company,*

          Defendants.

No. 19-CV-6466 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

According to the Final Report of Mediator #5, the court-ordered mediation in this case was not held because the parties represented that they had reached settlement on all issues. No later than January 10, 2020, the parties shall jointly file a letter updating the Court as to the status of this case.

SO ORDERED.

Dated:     January 3, 2020
               New York, New York

Ronnie Abrams
United States District Judge